**ABELSON & TRUESDALE, LLC**
By: Steven J. Abelson, Esq.
ID # SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: HARLAN & ANN TUCKMAN | Case No. 10-14607 (RTL) |
| | Chapter 13 |
| Debtors. | **MOTION TO<br>TO ENFORCE AUTOMATIC STAY;<br>AND DAMAGES PER 11 USC 362 (k)** |
| | Hearing Date: **September 6, 2011**<br>**10:00 A.M.** |

To:  Clerk, United States Bankruptcy Court
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

Albert Russo, Trustee
CN 4853
Trenton, NJ 08650

Lee Myles Auto Group LLC
847 Fern Avenue
Reading, PA 19607
*Attention: Officer, Director,
Managing Agent or Other Individual
Authorized to Accept Service of Process*

LEE MYLES ASSOCIATES CORP. and/or
LEE MYLES AUTO GROUP LLC
PO BOX 10
Reading, PA  19607
*Attention: Officer, Director, Managing Agent
or Other Individual Authorized to Accept
Service of Process*

Bunce Atkinson, Esq.
Atkinson & DeBartolo
The Galleria
Red Bank, NJ 07701
Chapter 7 Trustee for Aantrans Inc. under
Case # 11- 18185 (RTL)

**PLEASE TAKE NOTICE** that on September 6, 2011 at 9:00 in the forenoon, or as soon as counsel may be heard, the undersigned attorney for the Debtor, Harlan & Ann

Tuckman will move before the UNITED STATES BANKRUPTCY COURT, Honorable Raymond T. Lyons, presiding, 402 E. State Street, TRENTON, NEW JERSEY, 08608 for an Order to enforce the provisions of 11 U.S.C. § 362(a) and fees and costs per 11 U.S.C. § 362(k) for the wilful violation of same; and compelling creditor to immediately terminate collection of pre-petition debts under the Debtor's franchise agreement.

**PLEASE TAKE FURTHER NOTICE** that Debtor shall rely upon the attached certification in support of the application and that pursuant to Local Rule 9013-1, it is submitted that no brief is necessary as issues presented are clear and concise, oral argument is not requested and a proposed form of order is submitted herewith.

*/s/ Steven J. Abelson*
STEVEN J. ABELSON, ESQ.
Attorney for Debtor

Dated: August 8, 2011