**ABELSON & TRUESDALE, LLC**
By: Steven J. Abelson, Esq.
ID # SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re: HARLAN & ANN TUCKMAN  | Case No. 10-14607 (RTL)
  |   Chapter 13
Debtors |
  | Hearing Date: 9/6/11

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that he or she is employed by the Law Offices of Steven J. Abelson, Esq., or is counsel personally, and that he or she did serve all counsel of record the attached as indicated by Electronic Filing if available, Attorney Lawyer's Service, or otherwise by first class United States and did mail a copy of the within application and supporting documents on the date set forth below.

Clerk, United States Bankruptcy Court
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey  08608

Albert Russo, Trustee
CN 4853
Trenton, NJ 08650

Lee Myles Auto Group LLC
847 Fern Avenue
Reading, PA 19607
*Attention: Officer, Director, Managing Agent or Other Individual Authorized to Accept  Service of Process*

LEE MYLES ASSOCIATES CORP. and/or
LEE MYLES AUTO GROUP LLC
PO BOX 10
Reading, PA   19607
*Attention: Officer, Director, Managing Agent or Other Individual Authorized to Accept Service of Process*

Bunce Atkinson, Esq.
Atkinson & DeBartolo
The Galleria
Red Bank, NJ 07701
Chapter 7 Trustee for Aantrans Inc. under Case # 11-18185 (RTL)

/s/ *Steven J. Abelson*

Dated: 8/8/11