UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773

Attorney for Debtor

In Re:

HARLAN & ANN TUCKMAN

Case No.: 10-14607 (RTL)
Adv. No.:

Hearing Date: 8/8/11

Judge: Hon. Raymond T. Lyons

# ORDER ENFORCING AUTOMATIC STAY
# AND AWARDING FEES PER 11 U.S.C. § 362(k)

-

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**CAPTION OF ORDER:**

**ORDER ENFORCING AUTOMATIC STAY**
**AND AWARDING FEES PER 11 U.S.C. § 362(k)**

**CASE NO**: 10-14607

**DATE OF HEARING**: 9/6/11

**JUDGE**: HON. RAYMOND T. LYONS

---

This matter having been opened to the Court by Abelson & Truesdale, LLC (Steven J. Abelson, Esq. appearing). as attorney for the Debtors, with notice having been given to the Creditor, Lee Myles (Associates Corp. And/Or Auto Group LLC and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) Creditor Lee Myles Associates Corp. and/or Lee Myles Auto Group LLC shall immediately terminate all efforts and collections of claims stemming from th parties' pre-petition franchise agreement.

2) Creditor Lee Myles Associates Corp. and/or Lee Myles Auto Group LLC shall pay to the Debtor's counsel within fifteen days (15) days the sum of $ 500 for legal fees necessitated by the within application..